RECEIVED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 10 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

    -v.- :

    : CONSENT ORDER OF FORFEITURE

MIGUEL CANTRES-SANJURJO,
    a/k/a "Miguel Cantres," : S31 10 Cr. 905 (LTS)
    a/k/a "Manuel Cantres,"
    a/k/a "Bimbo," :

    Defendant. :

- - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 21, 2012, MIGUEL CANTRES-SANJURJO, a/k/a "Miguel Cantres," a/k/a "Manuel Cantres," a/k/a "Bimbo," (the "defendant"), among others, was charged in a forty-count Indictment, S31 10 Cr. 905 (LTS) (the AIndictment@), with racketeering, in violation of Title 18, United States Code, Sections 1961 and 1962(c) (Count One); racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d) (Count Two); narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count Three); the murder of Jose Caba, a/k/a "Curly," during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Sections 924(j) and 2 (Count Twelve); murder of Wilfredo Molina, a/k/a "Willie," in aid of racketeering activity, in violation of Title 18, United States Code, Sections 1959(a)(1) and 2 (Count Thirteen); conspiracy to commit murder for hire of Wilfredo Molina, a/k/a "Willie," in violation of Title 18,

United States Code, Section 1958 (Count Fourteen); murder for hire of Wilfredo Molina, a/k/a "Willie," in violation of Title 18, United States Code, Sections 1958 and 2 (Count Fifteen); murder of Wilfredo Molina, a/k/a "Willie," while engaged in a narcotics trafficking offense, in violation of Title 21, United States Code, Section 848(e)(1)(A) and Title 18, United States Code, Section 2 (Count Sixteen); and murder of Wilfredo Molina, a/k/a "Willie," during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Sections 924(j) and 2 (Count Seventeen);

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1963, of any and all property constituting and derived from any proceeds the defendant obtained, directly and indirectly, as a result of the offenses alleged in Counts One and Two of the Indictment, including, but not limited to, the following: (i) at least $25 million, which constitutes the approximate amount of gross proceeds received by the defendants derived from racketeering activities as alleged in Counts One and Two of the Indictment;

WHEREAS, the Indictment included a second forfeiture allegation seeking, pursuant to Title 21, United States Code, Section 853, of all property constituting and derived from any proceeds the defendant obtained, directly and indirectly, as a result of the offense alleged in Count Three, and any property used and intended

to be used in any manner and part to commit and to facilitate the commission of the offense alleged in Count Three, including, but not limited to, (i) a sum in United States currency representing the amount of all proceeds obtained as a result of the offense alleged in Count Three of the Indictment;

WHEREAS, on or about November 15, 2013, the defendant pled guilty to Counts Two and Twelve of the Indictment and admitted to the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation and agreed to forfeit all proceeds obtained directly or indirectly as a result of the offenses alleged in Count Two of the Indictment;

WHEREAS, the defendant consents to a money judgment in the amount of $4,125 in United States currency, representing the proceeds obtained as a result of the offense charged.

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Amie N. Ely, of counsel, and the defendant, and his counsels, Donald Yannella, Esq. and Stan German, Esq. that:

1. As a result of the offense charged in Count Two of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $4,125 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture, this Order is final as to the defendant, MIGUEL CANTRES-SANJURJO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Custom and Border Protection, and delivered by mail to the United States Attorney=s Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew=s Plaza, New York, New York 10007 and shall indicate the defendant=s name and case number.

4. Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. ' 853, the United States Custom and Border Protection shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney=s Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents

4

and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 (e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Andrew C. Adams, Money Laundering and Asset Forfeiture Unit, United States Attorney=s Office, One St. Andrew=s Plaza, New York, New York 10007.

**SPACE INTENTIONALLY**

**LEFT BLANK**

5

8. The signature pages of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____  9/9/2014
    AMIE N. ELY                   DATE

    Assistant United States Attorney
    One St. Andrew=s Plaza
    New York, NY 10007
    (212)637-2214

MIGUEL CANTRES-SANJURJO
DEFENDANT

By: X Miguel Cantres            X 7-16-2014
    MIGUEL CANTRES-SANJURJO      DATE

By: _____  7/16/14
    DONALD YANNELLA, ESQ.        DATE
    STANISLAO GERMAN, ESQ.
    Attorney for Defendant
    Donald Yannella PC
    Attorney at Law
    233 Broadway, Suite 2370
    New York, NY 10279

SO ORDERED:

_____      9/10/2014
HONORABLE LAURA TAYLOR SWAIN    DATE
UNITED STATES DISTRICT JUDGE

6