UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.                                                    10-CR-905-LTS-56

MIGUEL CANTRES-SANJURJO

                    Defendant.

<u>ORDER</u>

The Court has received Defendant Miguel Cantres-Sanjurjo's motion seeking a compassionate release reduction in sentence pursuant to 18 U.S.C. section 3582. The Government is hereby directed to file a response to Mr. Cantres-Sanjurjo's motion by **March 26, 2026** and to promptly mail a copy of their response to Mr. Cantres-Sanjurjo at the address listed below. Should Mr. Cantres-Sanjurjo wish to file a reply to the Government's response, he must do so by **April 27, 2026**.

The Clerk of Court is respectfully directed to mail the Defendant a copy of this Order at the address listed below.

SO ORDERED.

Dated: New York, New York
       March 12, 2026

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

CANTRES – ORDER                    MARCH 12, 2026                              1

Mail to:

Mr. Miguel Cantres-Sanjurjo

Registration No. 34473-069

Federal Correctional Institution

Loretto Low

P.O. Box 1000

Cresson, Pennsylvania 16630