

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2026

**BY ECF AND U.S. MAIL**

The Honorable Laura Taylor Swain                    **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Miguel Cantres-Sanjurjo*, 10 Cr. 905-56 (LTS)

Dear Judge Swain:

The Government respectfully requests a one-week extension of its March 26, 2026 deadline to respond to Mr. Cantres-Sanjurjo's Motion for Compassionate Release, ECF No. 2480 (the "Motion"), that is, to April 2, 2026. The Government has requested information from the Bureau of Prisons, including FCI Allenwood and FCI Loretto, concerning assault allegations Mr. Cantres-Sanjurjo raised in the Motion. The requested extension will provide additional time for these facilities to respond to the Government's requests. This is the first request for an extension of the Government's deadline to respond to the Motion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Samantha Fry
Assistant United States Attorney
(212) 637-2490

The foregoing request is granted. The Government shall file its Opposition by **April 2, 2026**, and Mr. Cantres-Sanjurjo shall file his Reply, if any, by **May 4, 2026**. The Clerk of Court is respectfully directed to mail a copy of this Memorandum Endorsement to Mr. Cantres-Sanjurjo at the address listed next to this Endorsement. DE 2486 resolved.

SO ORDERED.
3/26/2026
/s/ Laura Taylor Swain, Chief USDJ

**Mail to:**

Mr. Miguel Cantres-Sanjurjo
Registration No. 34473-069
Federal Correctional Institution
Loretto Low
P.O. Box 1000
Cresson, Pennsylvania 16630